| No | IP Address | HitDateUTC (MM/DD/YY) | P2PClient | Title | FileHash | ISP | City | County |
|----|---|---|---|---|---|---|---|---|
| 1 | 24.158.99.108 | 04/26/2013 11:47:20 PM | µTorrent 3.3.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Charter Communications | Dayton | Rhea |
| 2 | 68.119.107.150 | 04/23/2013 08:56:57 PM | µTorrent 3.2.3 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Charter Communications | Tullahoma | Coffee |
| 3 | 68.191.238.28 | 04/30/2013 04:12:11 AM | µTorrent 3.3.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Charter Communications | Johnson City | Washington |
| 4 | 71.88.172.127 | 04/25/2013 12:28:46 AM | Vuze 4.9.0.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Charter Communications | Cleveland | Bradley |
| 5 | 75.131.37.124 | 04/24/2013 02:17:08 AM | µTorrent 2.2.1 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Charter Communications | Knoxville | Knox |
| 6 | 173.8.81.121 | 04/23/2013 01:08:01 PM | Vuze 4.9.0.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Business Comm. | Soddy Daisy | Hamilton |
| 7 | 50.142.158.66 | 04/25/2013 11:59:44 PM | µTorrent Mac 1.8.4 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Oak Ridge | Anderson |
| 8 | 50.147.17.235 | 04/28/2013 07:08:59 PM | µTorrent 3.3.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Knoxville | Knox |
| 9 | 69.246.131.70 | 04/23/2013 05:49:47 AM | µTorrent Mac 1.8.4 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Comcast Cable | Athens | McMinn |
| 10 | 76.7.140.117 | 04/25/2013 12:23:52 PM | µTorrent 3.2.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Embarq Corporation | Butler | Johnson |
| 11 | 68.169.182.75 | 04/23/2013 10:56:56 AM | Transmission 2.77 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | EPB Telecom | Chattanooga | Hamilton |
| 12 | 173.87.43.15 | 04/24/2013 03:17:01 PM | Deluge 1.3.6.0 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Frontier Communications | Powell | Knox |
| 13 | 165.166.218.250 | 04/23/2013 09:27:03 PM | µTorrent 3.1.3 | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | Spirit Telecom | Oneida | Scott |
| 14 | 69.131.218.77 | 04/24/2013 02:24:55 AM | libtorrent (Rasterbar) 0.15. | The Company You Keep | SHA1: 66A237AC7EE1E0906A8FC761E8DBF343175F5BAD | TDS Telecom | Knoxville | Knox |