IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TCYK, LLC | ) |
|     *Plaintiff,* | ) |
| v. | ) Case No. 3:13-cv-259 |
| DOES 1-14, | ) |
|     *Defendants.* | ) |

**JOINT NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE #9, ALSO IDENTIFIED AS OWNER OF IP ADDRESS 69.246.131.70**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe number 9, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 69.246.131.70.

**DATED**: November 7, 2013

> Respectfully submitted,
> LAW OFFICE OF VAN R. IRION
> By: /s/Van R. Irion
> Van R. Irion
> 800 Gay St., Suite 700
> Knoxville, TN 37929
> (865) 809-1505 (telephone)
> van@irionlaw.com (email)
> Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system.    /s/Van R. Irion