UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TCYK, LLC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-259 |
| v. ) | (VARLAN/GUYTON) |
| ) | |
| DOES 1-14, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Joint Motion to Withdraw Motion to Quash and to Sever [Doc. 10], in which the Plaintiff and Doe 7 move the Court to permit Doe 7 to withdraw his Motion to Dismiss or, in the Alternative, Motion to Quash Subpoena [Doc. 9]. On November 1, 2013, the Plaintiff filed a Notice of Dismissal with Prejudice of Defendant Doe 7 [Doc. 11].

Based upon the voluntary dismissal of Doe 7 and the parties' agreement on this issue, the Court finds that the Joint Motion to Withdraw **[Doc. 10]** is well-taken, and it is **GRANTED**. Accordingly, the Motion to Dismiss or, in the Alternative, Motion to Quash Subpoena **[Doc. 9]** is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge